# United States District Court
# For The Western District of North Carolina
# Statesville Division

TAURICE M. CRISP,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          CASE NO. 5:06CV36-2-MU

ALL DEFENDANTS FORMALLY
AGAINST BY PLAINTIFF TAURICE
M. CRISP IN ANY COURT IN THE
UNITED STATES,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 15, 2006, Order.

                                                          Signed: March 15, 2006

                                                          Frank G. Johns, Clerk
                                                          United States District Court