# United States District Court
# For The Western District of North Carolina
# Statesville Division

TAURICE M. CRISP,

    Plaintiff(s),

vs.

ALL DEFENDANTS FORMALLY AGAINST BY PLAINTIFF TAURICE M. CRISP IN ANY COURT IN THE UNITED STATES,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:06CV36-2-MU

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 15, 2006, Order.

Signed: March 15, 2006

Frank G. Johns, Clerk
United States District Court